# Third District Court of Appeal

## State of Florida

Opinion filed February 11, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-1830
Lower Tribunal No. F19-13543
_____

**Hencile Dorsey,**
Appellant,

vs.

**State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.315(a) from the Circuit Court for Miami-Dade County, Laura Anne Stuzin, Judge.

Hencile Dorsey, in proper person.

James Uthmeier, Attorney General, and Kayla Heather McNab, Assistant Attorney General, for appellee.

Before EMAS, LOGUE, and LINDSEY, JJ.

PER CURIAM.

Affirmed.